# United States Navy–Marine Corps Court of Criminal Appeals

_____

**UNITED STATES**
*Appellee*

v.

**Ricky K. NGO**
**Lance Corporal (E-3), U.S. Marine Corps**
*Appellant*

_____

**No. 201800309**

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary.

*Decided:* 25 January 2019

_____

*Military Judge:* Lieutenant Colonel Emily A Jackson-Hall, USMC

*Approved Sentence:* Reduction to E-1, confinement for six months,[1] and a bad-conduct discharge. Sentence adjudged 16 July 2018 by a special court-martial convened at Camp Lejeune, North Carolina, consisting of a military judge sitting alone.

*For Appellant:* Captain Bree A. Ermentrout, JAGC, USN.

*For Appellee:* Brian K. Keller, Esq.

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

---

[1] The Convening Authority suspended confinement in excess of 120 days pursuant to a pretrial agreement.

Before FULTON, HITESMAN, and ATTANASIO,
*Appellate Military Judges.*

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c).

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court